No. 81–100. Rice *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 81–101. Lewis *v.* Cook County Department of Public Aid et al. C. A. 7th Cir. Certiorari denied.

No. 81–102. Bay et al. *v.* Goodyear Tire & Rubber Co. C. A. 5th Cir. Certiorari denied.

No. 81–103. Doff *v.* Brunswick Corp. C. A. 9th Cir. Certiorari denied.

No. 81–104. Blanton et ux. *v.* General Electric Credit Corporation of Georgia. C. A. 5th Cir. Certiorari denied.

No. 81–105. Brown *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 81–107. Fields *v.* Fields. Sup. Ct. Ga. Certiorari denied.

No. 81–108. Fedders Corp. et al. *v.* Commissioner of Internal Revenue. C. A. 3d Cir. Certiorari denied.

No. 81–111. Arnao et al. *v.* United States. C. A. 2d Cir. Certiorari denied.

No. 81–115. Makah Indian Tribe *v.* Lower Elwha Tribe et al. C. A. 9th Cir. Certiorari denied.

No. 81–116. Davis et al. *v.* United States et al. C. A. 5th Cir. Certiorari denied.